IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL BERRY,

    Petitioner,

v.

CHUCK SEELEY,

    Respondent.

Civil No. 07-32-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (#19) is GRANTED.

IT IS SO ORDERED.

DATED this 22nd day of October, 2007.

                    ANNA J. BROWN
                    United States District Judge

1 - ORDER -